# Exhibit 3

# SCHNEIDER ROTHMAN
## Intellectual Property Law Group, PLLC

4651 North Federal Highway, Boca Raton, FL 33431
P: (561) 404-4350 | F: (561) 404-4353 www.sriplaw.com

**JOEL B. ROTHMAN**
Board Certified in Intellectual Property Law
Direct: (561) 404-4335 | joel.rothman@sriplaw.com

Admitted to Practice
Florida, New York, Georgia
and the Federal Courts of
New York
Florida
Colorado
Texas
Arkansas
Michigan
W.D. Tennessee
Washington DC

June 16, 2017

<u>VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
AND EMAIL: info@tolliverprince.com</u>
Mr. John Tolliver
The Tolliver Prince Real Estate Corporation
214 Brazilian Ave
Suite 200
Palm Beach, FL 33480

Re:   Affordable Aerial Photography, Inc. v. The Tolliver Prince Real Estate
       Corporation
       Our File No.: 00022-0016

Dear Mr. Tolliver,

We write on behalf of our client Affordable Aerial Photography, Inc., a professional photography firm, for purposes of resolving a case of copyright infringement against you by our client. This demand is privileged from disclosure pursuant to FRE Rule 408.

Please provide this letter to your general liability insurance carriers or other providers of insurance that may cover this claim. Refer them to the enclosed demand pursuant to § 627.4137, Florida Statutes, for insurance information in this matter.

*Affordable Aerial Photography, Inc. ("AAP")*
Our client is an experienced professional photographer who makes a living from photography. Robert Stevens is AAP's principal photographer and its founder. Mr. Stevens' work is sought after by real estate professionals throughout South Florida. For the past eight years, Stevens has photographed some of the most expensive real estate listings in U.S. history, including Donald Trump's mega-mansion in Palm Beach, listed for $125 million. From Palm Beach to California, the Bahamas and New York, Stevens has been contacted to photograph the estates of Madonna, Celine Dion, Don King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Bill Gates, Tommy Lee Jones, Bryant Gumble and Chris Evert.

AAP retains all copyrights to AAP's photographs. AAP licenses its copyrighted works, such as the one in this case, for commercial use.

Mr. John Tolliver
The Tolliver Prince Real Estate Corporation
June 16, 2017
Page 2

The work at issue is shown below. At the time the Work was created, AAP applied copyright management information to the Work as shown.



Mr. John Tolliver
The Tolliver Prince Real Estate Corporation
June 16, 2017
Page 3

AAP registered the Work with the Register of Copyrights on July 7, 2015, and was assigned the registration number VA 1-967-719.

*Infringement by Defendant*
The infringement at issue was identified on April 2, 2017. We have enclosed contemporaneous evidence of the infringement by The Tolliver Prince Real Estate Corporation.

You have employed our client's image in at least the manner indicated in the evidence attached. Your unauthorized use commenced on at least the date indicated above. You are fully aware that the work you used is our client's work. No one from your company ever sought a license from our client to use the image for any purpose.

You have copied, displayed and distributed our client's image without permission, license or consent. The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act. The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation. This letter shall serve as formal notice that you immediately cease and desist all unauthorized uses of our client's image. Any such further uses shall be at your peril.

If you possess a contract, license, agreement or writing on which you will rely for authorization of your use of our client's image, please provide us with this evidence so we may avoid further controversy or litigation. Otherwise, we will be forced to assume that your use violated the law.

*Damages*
Copyright law provides several different elements of compensation to Stevens when a work is infringed or altered. Section 504 permits Stevens to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed. Stevens can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales. Stevens's photographs are of

Mr. John Tolliver
The Tolliver Prince Real Estate Corporation
June 16, 2017
Page 4

the highest quality. Stevens's photograph is also scarce since it is one of the only sources of such quality photographs.

Stevens's damages are not limited to what Stevens would have agreed to license the work for prior to the infringement. Rather, Stevens's actual damages will be measured by the fair market value of the photograph considering The Tolliver Prince Real Estate Corporation's use to sell and promote its business. Stevens's actual damages must be measured in light of The Tolliver Prince Real Estate Corporation's use of Stevens's high quality and unique photographs.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement. See, e.g., *Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001). The fair market value approach for calculating damages is an accepted approach to valuing the defendant's uses of photographs. See *Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016). In addition, Stevens can offer evidence of the actual cost to take the photographs infringed on a time and materials basis.

Section 504 of the Copyright Act permits Stevens to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Therefore, Stevens will also be entitled to The Tolliver Prince Real Estate Corporation's profits from the infringement, based upon the revenue The Tolliver Prince Real Estate Corporation earned in connection with the use of Stevens's photograph.

Alternatively, Stevens could seek statutory damages for infringement in an amount of up to $30,000.00 per work infringed. There is also the possibility that a judge or jury could determine that The Tolliver Prince Real Estate Corporation's infringement was willful. If The Tolliver Prince Real Estate Corporation's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

There is also the issue of the removal of Stevens's copyright management information. 17 USC 1203(c)(3)(B) permits Stevens to recover statutory damages of not less than $2,500 or more than $25,000 per violation of the prohibition against alteration or removal of copyright management information contained in Section 1202. Based upon The Tolliver Prince Real Estate Corporation's removal of Stevens's CMI, Stevens will seek

Mr. John Tolliver
The Tolliver Prince Real Estate Corporation
June 16, 2017
Page 5

the maximum statutory damages of $25,000 per photograph against The Tolliver Prince Real Estate Corporation for this violation.

*Demand*

In order to determine how to proceed, please provide us with information and documents showing:

1. the full nature and extent of the use of our client's image, in any and all formats;
2. representative copies in any and all tangible form and media in which our client's image were incorporated or employed; and
3. the source of the image;

Upon receipt of this information we will consider and determine an appropriate amount of compensation required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers. If we do not receive a response from you or a representative by July 7, 2017, we will take further steps to protect our client's rights. We look forward to your prompt response.

Sincerely,

Schneider Rothman Intellectual Property Law Group, PLLC

Joel B. Rothman
Board Certified in Intellectual Property Law

JBR/jcj
Enclosure

**From:** **Robert Stevens** skyphotoshots@yahoo.com
**Subject:** Tolliver Prince RX 10268217
**Date:** April 2, 2017 at 10:38 AM
**To:** skyphotoshots@yahoo.com





Sent from my iPhone



# SCHNEIDER ROTHMAN

Intellectual Property Law Group, PLLC
4651 North Federal Highway, Boca Raton, FL 33431
P: (561) 404-4350 | F: (561) 404-4353  www.sriplaw.com

JOEL B. ROTHMAN
Board Certified in Intellectual Property Law
Direct: (561) 404-4335 | joel.rothman@sriplaw.com

Admitted to Practice
Florida, New York, Georgia
and the Federal Courts of
New York
Florida
Colorado
Texas
Arkansas
Michigan
W.D. Tennessee
Washington DC

August 18, 2017

**VIA US MAIL and Email:  info@tolliverprince.com**
Mr. John Tolliver
The Tolliver Prince Real Estate Corporation
214 Brazilian Ave
Suite 200
Palm Beach, FL 33480

Re:   Affordable Aerial Photography, Inc. v. The Tolliver Prince Real Estate Corporation
       Our File No.: 00022-0016

Dear Mr. Tolliver,

We write this follow up letter on behalf of our client Affordable Aerial Photography, Inc., for the purposes of resolving a case of copyright infringement against you by our client. This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated June 16, 2017, wherein we detailed the basis of the copyright infringement claim against you, including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the infringement has not been removed. It is imperative that you respond to us. If we do not hear from you, we will be forced to take further steps to protect our client's rights, including filing a lawsuit against you. We also repeat our demand that you tender this claim to your insurance carrier. We look forward to your prompt response.

Sincerely,

Schneider Rothman Intellectual Property Law Group, PLLC

Joel B. Rothman
Board Certified in Intellectual Property Law

JBR/jcj
Enclosure